IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:16-CV-324-D

| | |
|---|---|
| TAYLOR D. CATES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>ACTING COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>)<br>Defendant. ) | STIPULATION FOR<br>PAYMENT OF ATTORNEY FEES<br>UNDER THE EQUAL ACCESS<br>TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,900.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan P. Miller, and mailed to her office at 1213 Culbreth Drive, Wilmington, NC 28405, in accordance with Plaintiff's assignment to her attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this ⟡ day of November, 2017,

JAMES C. DEVER III
Chief United States District Judge