UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

TAYLOR D. CATES, )
                                         )
         Plaintiff, )
                                         )  **JUDGMENT IN A CIVIL CASE**
     v. )
                                         )  **CASE NO. 7:16-CV-324-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
         Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $5,900.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, Jonathan P. Miller, and mailed to her office at 1213 Culbreth Drive, Wilmington, NC 28405, in accordance with Plaintiff's assignment to her attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on November 2, 2017, and Copies To:**
Jonathan P. Miller                                      (via CM/ECF electronic notification)
Kaba-Kabi A. Kazadi                                  (via CM/ECF electronic notification)


DATE:                                       PETER A. MOORE, JR., CLERK
November 2, 2017                            (By) /s/ Nicole Briggeman
                                                     Deputy Clerk