UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TAYLOR D. CATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:16-CV-324-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $13,141.00, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on March 27, 2019, and Copies To:**
Jonathan P. Miller                                    (via CM/ECF electronic notification)
Kaba-Kabi A. Kazadi                                (via CM/ECF electronic notification)

DATE:                                                        PETER A. MOORE, JR., CLERK
March 27, 2019                                          (By) /s/ Nicole Sellers
                                                                   Deputy Clerk